# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JAMES DARIUS JONES,**

        Petitioner,

        V.                                              CASE NUMBER: **04-C-303**

**JEFFREY P. ENDICOTT**,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED **that James Darius Jones' petition pursuant to Title 28, United States Code, Section 2254, is DENIED. This action is hereby DISMISSED.**

| | |
|---|---|
| **March 27, 2007** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |