# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JAMES DARIUS JONES,**

       **Petitioner-Appellant,**

  -v-                             **Case No. 04-C-303**

**JEFFREY P. ENDICOTT,**

       **Respondent-Appellee.**

## DECISION AND ORDER

On March 27, 2007, the Court denied James Darius Jones's ("Jones") petition for a writ of habeas corpus. Jones subsequently filed a request for a certificate of appealability ("COA"). In order to obtain a COA, Jones must show that reasonable jurors could debate whether the Court should have resolved his petition differently. *See Miller-El v. Cockrell*, 537 U.S. 322, 335 (2003). Jones seeks to raise four grounds in his appeal, all of which allege ineffective assistance of his trial and appellate attorneys. The Court will grant Jones a COA permitting him to raise those four grounds on appeal.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**

Jones's Request for a Certificate of Appealability (Docket No. 33) is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 28th day of August, 2007.

**SO ORDERED,**

 s/ Rudolph T. Randa
**HON. RUDOLPH T. RANDA**
Chief Judge