# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JAMES DARIUS JONES,**

        Petitioner,

v.                        Case No. 04-C-303

**JEFFREY P. ENDICOTT,**

        Respondent.

## DECISION AND ORDER

James Darius Jones ("Jones") filed a petition to proceed *in forma pauperis* in his appeal challenging the denial of his habeas petition. The Court will deny his request because Jones is able to pay the $450.00 filing fee. Jones has $504.25 in one savings account, another $800.16 in another savings account, and his prison trust fund account statement indicates that, as of September 20, 2007, Jones had a balance of $1,781.70. Jones is more than able to pay the filing fee for an appeal.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:

Jones's Petition to Proceed *In Forma Pauperis* on Appeal (Docket No. 36) is **DENIED**.

Dated at Milwaukee, Wisconsin this 28th day of September, 2007.

**BY THE COURT**

s/ Rudolph T. Randa
**Hon. Rudolph T. Randa**
**Chief Judge**